PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Eric Mack                                                    Cr.: 00-00323-003
                                                                               PACTS #: 26601

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/23/2002

Original Offense: Conspiracy to Distribute Narcotics

Original Sentence: 180 months imprisonment, 60 months supervised release

Special Conditions: Drug Treatment, Alcohol Treatment, Other Condition, Fine, Special Assessment, Alcohol Restrictions, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release                   Date Supervision Commenced: 07/18/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | On February 27, 2017, the offender tested positive for marijuana. The offender verbally admitted to using the substance on February 23, 2017. |

U.S. Probation Officer Action:
At this time, we are requesting that this petition serve as an official written reprimand. We will continue to monitor the offender's compliance, and make the necessary referrals to assist the offender.

Respectfully submitted,

By: Edward J Irwin
    U.S. Probation Officer
Date: 02/28/2017

Prob 12A – page 2
Eric Mack

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:*

☒ No Formal Court Action to be Taken at This Time/Written Reprimand

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/28/17
_____
Date